# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WHITFIELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER AND DR. JOSEPH TANNOUS,<br><br>　　　　　Defendants. | Case No. 1:13-cv-01173-LJO-SMS<br><br>ORDER DISMISSING CASE FOR LACK OF FEDERAL JURISDICTION |

　　　On July 26, 2013, Plaintiff Michael Whitfield filed a complaint and multiple motions in this Court, alleging (1) that Dr. Joseph Tannous negligently prescribed excessive doses of certain prescription medications, resulting in physical and emotional injuries to Plaintiff (medical malpractice) and (2) that Fresno Community Hospital and Medical Center negligently hired and supervised Dr. Tannous.

　　　Plaintiff alleges no basis for federal jurisdiction of his personal injury claims, which properly should have been brought in California Superior Court. This Court lacks jurisdiction over Plaintiff's claims.

　　　Accordingly, this action is DISMISSED for lack of federal jurisdiction.

IT IS SO ORDERED.

　　Dated:　**July 29, 2013**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28